## FEARS *v.* THE STATE.

ATKINSON, J.   1. In the absence of a proper timely written request, it is not reversible error for the court to fail to charge that the jury might consider the state of feeling toward the defendant of a witness for the prosecution.   *Coody* v. *State,* 125 *Ga.* 295.

2. A complaint that a sentence is excessive is not a proper ground of a motion for a new trial.   *Mixon* v. *State,* 123 *Ga.* 581 (1).

3. In misdemeanor cases it is not necessary to formally put the array upon the accused.   See Penal Code, § 970 et seq.; 1 Archbold's Criminal Pr. & Pl. 511.

4. Except upon demand therefor, the accused, before arraignment, is not entitled to a copy of the accusation and a list of the witnesses on whose testimony the charge against him is founded.   Penal Code, § 945.

5. It was not error for the court to charge that corn whisky was intoxicating, since judicial cognizance is taken of the fact that whisky is a spirituous liquor.   See *Hodge* v. *State,* 116 *Ga.* 852(1).

6. The evidence warranted the verdict, and there was no error in refusing a new trial.

*Judgment affirmed.   All the Justices concur, except Fish, C. J., absent.*

Submitted May 21,—Decided July 2, 1906.

Indictment for unlawful sale of liquor.   Before Judge Reagan. Butts superior court.   March 19, 1906.

*O. M. Duke,* for plaintiff in error.   *O. H. B. Bloodworth, solicitor-general,* and *W. P. Bloodworth,* contra.